■ DAVID HAYES et al., Appellants, v DOUGLAS BYINGTON et al., Respondents. (Appeal No. 1.) [769 NYS2d 765]—Appeal from an order of Supreme Court, Ontario County (Doran, J.), entered October 7, 2002, which denied plaintiffs' motion to set aside part of a verdict and for a new trial on damages only.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Wisner, Kehoe, Lawton and Hayes, JJ.